UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADRIANA PLAZA-CASILLAS,

Defendant.

25-CR-595-2 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea.

Accordingly, the parties shall appear for a conference with the Court on **April 17, 2026**, at **2:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: April 7, 2026
New York, New York

DALE E. HO
United States District Judge