

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 2, 2026

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED**. The parties shall adhere to the sentencing schedule set forth herein. The sentencing hearing previously scheduled for July 28, 2026, is adjourned to **September 9, 2026, at 3:00 p.m.**  The Clerk of Court is respectfully requested to close ECF No. 41.  **SO ORDERED.**

Dated: June 3, 2026                          Dale E. Ho
New York, New York                       United States District Judge

Re:    *United States v. Cesar Garcia-Almanza, et al.*, 25 Cr. 595 (DEH)

Dear Judge Ho:

The parties respectfully request that the Court adjourn the sentencing hearing currently scheduled for July 28, 2026, to September 9, 2026.  In addition, the parties and the United States Probation Office request that the following the dates be set for the Presentence Investigation Report ("PSR"):

- June 24, 2026: Deadline to interview defendant
- July 11, 2026: PSR First Disclosure
- July 29, 2026: Objections to PSR
- August 12, 2026: PSR Final Disclosure
- August 26, 2026: Defense Sentencing Submission
- September 2, 2026: Government Sentencing Submission

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc:    Judith A. Vargas, Esq. (counsel for Adriana Plaza-Casillas) by ECF