UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

ADRIANA PLAZA-CASILLAS,

          Defendant.

25-CR-595-2 (DEH)

ORDER

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that the sentencing scheduled for September 9, 2026, is adjourned to **November 6, 2026, at 10:00 a.m.**  All PSR deadlines shall be extended to align with the new sentencing date.

    **IT IS FURTHER ORDERED** that defense submissions shall be due on October 23, 2026, and the Government's response shall be due on October 30, 2026

    SO ORDERED.

Dated:  June 30, 2026
       New York, New York

                          DALE E. HO
                  United States District Judge