THE LAW OFFICES OF
JUDITH VARGAS

July 17, 2026

Application **GRANTED**. The parties and Probation Officer shall adhere to the deadlines set forth herein. The Clerk of Court is respectfully directed to close ECF No. 52. **SO ORDERED.**

Dated: July 28, 2026
New York, New York

Dale E. Ho
United States District Judge

**Via ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

*United States v. Adriana Plaza Casillas*, 25-CR-595 (DEH)
Request to Set PSR Deadlines

Dear Judge Ho:

Per Your Honor's order adjourning sentencing in the above-captioned matter to **November 6, 2026** and extending all PSR deadlines (ECF Doc. No. 45), the parties have conferred and agreed to the following PSR schedule and respectfully request that the Court endorse these dates on the docket. The following deadlines reflect a 45-day baseline measured back from the November 6, 2026 sentencing date:

- **September 22, 2026 -- DRAFT Presentence Report disclosed to the parties;**
- **October 6, 2026 – OBJECTIONS to the Draft PSR due;**
- **October 13, 2026 -- FINAL Presentence Report disclosed to the parties and the Court.**

These dates will ensure the defense receives the final report in time to prepare its sentencing submission, which is due **October 23, 2026**. The Government's response is due October 30, 2026.

Counsel respectfully requests that the Court endorse these dates on the docket or issue an Order setting them.

Respectfully,
s/ Judith Vargas
Judith Vargas, Esq.

CC: AUSA William Stone (by ECF)
CC: USPO Ali Eftekhary (by email)

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com