UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADRIANA PLAZA-CASILLAS,

Defendant.

25-CR-595-2 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 19, 2026, a Memo Endorsement was filed by the Court directing the Government to submit a letter by October 23, 2026, stating its position on Defendant's request for remote video access for family members during the sentencing hearing on November 6, 2026. *See* ECF No. 64. It is now October 27, 2026, and no such letter has been filed.

It is hereby **ORDERED** that the Government shall file a letter stating its position on this matter by **October 28, 2026**.

SO ORDERED.

Dated: October 27, 2026
New York, New York

DALE E. HO
United States District Judge