**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 2, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Adriana Plaza-Casillas*, 25 Cr. 595 (DEH)**

Dear Judge Ho:

The Government's submission in advance of the sentencing of defendant Adriana Plaza-Casillas was due by October 30, 2026. In making its filing, however, the Government made two filings in error, which are located at Docket Numbers 70 and 71. The Government requests that the Court accept Docket Number 72 as the Government's official filing and direct ECF to remove Docket Numbers 70 and 71, which were filed in error. Defense counsel consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ____________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Judith A. Vargas, Esq. (counsel for Adriana Plaza-Casillas) by ECF

Application **GRANTED**. The Clerk of Court is respectfully directed to remove ECF Nos. 70 and 71 from the docket and close ECF No. 73. **SO ORDERED.**

Dated: November 2, 2026
New York, New York

Dale E. Ho
United States District Judge